Steven C. Mitchell, Esq. (SBN 124644)
Tarik J. Naber, Esq. (SBN 255665)
GEARY, SHEA, O'DONNELL, GRATTAN & MITCHELL, P.C.
37 Old Courthouse Square, Fourth Floor
Santa Rosa, California  95404
Telephone:  (707) 545-1660
Facsimile:   (707) 545-1876

Attorneys for Defendants
CITY OF COTATI, COTATI POLICE DEPARTMENT, DAVID HOUTS, in his individual capacity, ANDREW LYSSAND, in his individual capacity, and ERIC BILCICH, in his individual capacity

Etan E. Rosen, Esq. (SBN 173728)
Ralph C. Lee, Esq. (SBN 258608)
BEYER, PONGRATZ & ROSEN
*A Professional Law Corporation*
3230 Ramos Circle
Sacramento, CA 95827
Telephone:  (916) 369-9750
Facsimile:   (916) 369-9760

Attorneys for Plaintiff
MARTIN WATTERS

UNITED STATES DISTRICT COURT

IN AND FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARTIN WATTERS, an individual,<br><br>Plaintiff,<br><br>v.<br><br>CITY OF COTATI, COTATI POLICE DEPARTMENT, DAVID HOUTS, in his individual capacity, ANDREW LYSSAND, in his individual capacity, ERIC BILCICH, in his individual capacity, and DOES 1-50 inclusive,<br><br>Defendants. | CASE NO.:  CV-10-2574 EMC<br><br>**STIPULATED EXTENSION OF TIME WITHIN WHICH TO RESPOND TO COMPLAINT  ; ORDER**<br><br>[ND CA Rule 6-1(a)] |

The parties to the above-entitled action, by and through their counsel of record, hereby stipulate that defendants shall have an extension of time within which to respond to plaintiff's

Complaint. Defendants shall file and serve upon plaintiff a responsive pleading within three (3) weeks after this stipulation is signed by the parties.

DATED: July 19, 2010

GEARY, SHEA, O'DONNELL, GRATTAN & MITCHELL, P.C.

By _____
Tarik J. Naber
Attorneys for Defendants
CITY OF COTATI, COTATI POLICE DEPARTMENT, DAVID HOUTS, ANDREW LYSSAND, and ERIC BILCICH

DATED: July 15, 2010

BEYER, PONGRATZ & ROSEN

By _____
Etan E. Rosen
Attorneys for Plaintiff
MARTIN WATTERS

IT IS SO ORDERED:

_____
Edward M. Chen
U.S. Magistrate Judge

[Stamp: IT IS SO ORDERED / Judge Edward M. Chen / UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA]

LAW OFFICES OF
GEARY,
SHEA,
O'DONNELL
GRATTAN &
MITCHELL
P.C.

- 2 -
Stipulated Extension of Time Within Which to Respond to Complaint