1  Etan E. Rosen (SBN 173728)
   erosen@bprlaw.net
2  Ralph C. Lee (SBN 258608)
   rlee@bprlaw.net
3  BEYER, PONGRATZ & ROSEN
   *A Professional Law Corporation*
4  3230 Ramos Circle
   Sacramento, CA 95827
5  Telephone: (916) 369-9750
   Facsimile: (916) 369-9760
6
   Attorneys for Plaintiff,
7  MARTIN WATTERS

8

9              IN THE UNITED STATES DISTRICT COURT

10          IN AND FOR THE NORTHERN DISTRICT OF CALIFORNIA

11

12 MARTIN WATTERS, an individual,       ) Case No. 4:10-cv-02574-SBA (LB)
                                        )
13             Plaintiff,               )
                                        ) STIPULATION AND
14      v.                              ) [PROPOSED] ORDER TO CONTINUE
                                        ) SETTLEMENT CONFERENCE
15                                      )
                                        )
16 CITY OF COTATI; COTATI POLICE        ) SC Date:  March 15, 2011
   DEPARTMENT; DAVID HOUTS, in          ) SC Time:  9:30 a.m.
17 his individual capacity; ANDREW      ) Location: Courtroom 4, 3rd Floor
   LYSSAND, in his individual capacity; )           1301 Clay Street, Oakland, CA
18 ERIC BILCICH, in his individual      ) Before:   US Magistrate Judge L. Beeler
   capacity; and DOES 1-50 inclusive,   )
19                                      )
               Defendants.              )
20 _____)

21        **THE PARTIES AND THEIR RESPECTIVE COUNSEL HEREBY STIPULATE**

22 **TO THE FOLLOWING:**

23        1.  Plaintiff's Counsel, Etan E. Rosen, has been unable to discuss matters with his client

24 after several attempts, and therefore has conferred with Defendants' Counsel, Steven C. Mitchell,

25 and an agreement was reached that the further Settlement Conference scheduled for this case on

26 March 15, 2011 at 9:30 a.m., be continued after Plaintiff's Counsel's Motion to Withdraw hearing

27 scheduled for this case on April 12, 2011 at 1:00 p.m., to a date and time which the Court may select

28 at the Court's discretion.

        2.  In order to handle this continuance expeditiously and not waste the Court's valuable

4:10-cv-02574-SBA (LB)

1  time, parties hereby submit this Stipulation and [Proposed] Order rather than by a Notice of Motion.

2      3. To comply with the Judge's Notice and Order Re: Further Settlement Conference, and

3  in accordance with the Judge's calendar, below are alternate dates for the continuance:

4      May 24, 2011 at 9:30 a.m.

5      May 25, 2011 at 9:30 a.m.

6      4. Pursuant to local rule of the Court, "any change in the hearing date does not alter the

7  original briefing schedule unless otherwise ordered by the Court."

8

9  It is so stipulated:

10  Dated: 2/10/2011      /S/  Etan E. Rosen

11       ETAN E. ROSEN, ESQ.

12       Attorney for Plaintiff

13

14  Dated: 2/10/2011      /S/ Steven C. Mitchell

15       STEVEN C. MITCHELL, ESQ.

16       Attorney for Defendants

17

18

19  **IT IS HEREBY ORDERED**, that the Settlement Conference on March 15, 2011 be

20  continued to a date after Plaintiff's Counsel's Motion to Withdraw hearing on April 12, 2011.

21  The Settlement Conference is hereby continued to ___May 24___, 2011, at _10:30_ a.m./~~p.m.~~

22  in Courtroom ___4___.

23

24  **IT IS SO ORDERED.**

25  Dated: February 14, 2011

26  Hon. Judge of the United States District Court,

27  Northern District of California

*IT IS SO ORDERED.  Judge Laurel Beeler*

28

BEYER, PONGRATZ & ROSEN
A Professional Law Corporation
3230 Ramos Circle
Sacramento, CA 95827
(916) 369-9750
Facsimile: (916) 369-9760

4:10-cv-02574-SBA (LB)