UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| MARTIN WATTERS, an individual,<br><br>    Plaintiff,<br><br>    vs.<br><br>CITY OF COTATI, et al.,<br><br>    Defendants. | Case No: C 10-2574 SBA<br><br>**ORDER CONTINUING HEARING**<br><br>Docket 29 |

IT IS HEREBY ORDERED THAT the motion hearing scheduled for September 19, 2011 is CONTINUED to **October 17, 2011 at 1:00 p.m.** Pursuant to Federal Rule of Civil Procedure 78(b) and Civil Local Rule 7-1(b), the Court, in its discretion, may resolve the motion without oral argument, prior to the new hearing date. The parties are advised to check the Court's website to determine whether a court appearance is required.

IT IS SO ORDERED.

Dated: September 15, 2011

_____
SAUNDRA BROWN ARMSTRONG
United States District Judge