UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| MARTIN WATTERS, an individual, | Case No:  C 10-2574 SBA |
| Plaintiff, | **ORDER CONTINUING HEARING** |
| vs. | Docket 29 |
| CITY OF COTATI, et al., | |
| Defendants. | |

IT IS HEREBY ORDERED THAT the motion hearing scheduled for September 19, 2011 is CONTINUED to **October 17, 2011 at 1:00 p.m.**  Pursuant to Federal Rule of Civil Procedure 78(b) and Civil Local Rule 7-1(b), the Court, in its discretion, may resolve the motion without oral argument, prior to the new hearing date.  The parties are advised to check the Court's website to determine whether a court appearance is required.

IT IS SO ORDERED.

Dated:  September 15, 2011

_Saundra B Armstrong_
SAUNDRA BROWN ARMSTRONG
United States District Judge